**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**EDDIE JAMES JONES**                         **CIVIL ACT. NO 2:09- cv-0044**

**V.**                                                           **JUDGE MELANÇON**

**WAL-MART**                                      **MAGISTRATE JUDGE HANNA**

*J U D G M E N T*

This matter was referred to United States Magistrate Judge Patrick J. Hanna

for Report and Recommendation.  No objections have been filed.  After an

independent review of the record, the Court concludes that the Report and

Recommendation of the magistrate judge is correct and therefore adopts the

conclusions set forth therein.  It is therefore

**ORDERED** that defendant Wal-Mart's motion for partial dismissal is

**granted in part** and **denied in part**.  Plaintiff Eddie James Jones's claims under

Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et. seq*.; § 102 of the

Civil Rights Act of 1991, 42 U.S.C. § 1981a; Discrimination in a place of public

accommodation in violation of 42 U.S.C. § 2000a; Americans with Disabilities

Act, 42 U.S.C. § 12101 *et. seq*., and the Rehabilitation Act of 1973, 29 U.S.C. §

701, *et. seq*., are **DISMISSED WITH PREJUDICE**.  The matter will proceed to

trial on plaintiff's claims under 42 U.S.C. §§ 1981 (other than any claim under  42

U.S.C. § 1981a) and 1982 and his claims related to the handling of his ethics complaint and his attempts to protest.

**IT IS FURTHER ORDERED** that plaintiff shall amend his complaint **WITHIN FIFTEEN DAYS** of the entry of this judgment to allege his claims regarding the Ethics Complaint and his protest with more particularity.  Through his amended complaint, plaintiff is to identify the basis in law (eg. federal or state statutory, constitutional, jurisprudential) upon which these claims are founded.

Lafayette, Louisiana this 2nd day of February, 2010.


_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE